■ In the Matter of BRUCE C. ALLEN et al., Respondents-Appellants, v CITY OF BUFFALO et al., Appellants-Respondents, and KAREN S. BURSTEIN et al., Constituting the New York State Civil Service Commission, Appellants-Respondents. (Appeal No. 1.)—Judgment unanimously modified on the law and as modified affirmed without costs and amended petition dismissed, in accordance with same memorandum as in *Matter of Catanzaro v City of Buffalo* (appeal No. 2] 163 AD2d 822 [decided herewith]). (Appeals from judgment of Supreme Court, Erie County, McGowan, J.—art 78.) Present—Dillon, P. J., Denman, Green, Pine and Lowery, JJ. *[See,* 143 Misc 2d 1054.]